

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2017

No. 04-17-00175-CV

**IN THE INTEREST OF C.O. ET AL., CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01646
Honorable Richard Garcia, Judge Presiding

## O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to December 27, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court